

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2021

No. 04-21-00288-CV

**IN THE INTEREST OF C. G., ET AL.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00062
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due July 22, 2021, but was not filed. On July 26, 2021, the court reporter filed a notification of late record, requesting an extension until August 6, 2021 to file the record. We **GRANT** the court reporter's request for an extension of time and **ORDER** the court reporter to file the reporter's record in this court **by August 6, 2021**. The court reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2021.



_____
Michael A. Cruz,
Clerk of Court